No. 75–5772. KIENLEN v. WARDEN, LEAVENWORTH PENITENTIARY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–5774. LITTLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5776. KNIGHT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–5779. CONLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5780. MOORE v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 75–5781. FREEMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5782. WALLACE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–5785. CANNON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5786. BIG CROW v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5787. SHAFFNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5788. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–5790. LANG ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.